Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### USMA District of MA
### Civil Division



| | | |
|---|---|---|
| Francis M. Reynolds | ) | Case No. 20-cv-12011 |
| Plaintiff(s) | ) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: (check one) ☒ Yes ☐ No |
| -v- | ) | |
| Boston Globe, Scott Kirsner, Jonathan Saltzman, Patrick Greenhouse, David Lucchino, Edward Acworth | ) ) ) | |
| Defendant(s) | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Francis M Reynolds |
| Street Address | 4250 Steamboat Bend Unit 102 |
| City and County | Fort Myers |
| State and Zip Code | FL 33919 |
| Telephone Number | (484)919-6424 |
| E-mail Address | freynolds@sloan.mit.edu |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Boston Globe Linda Pizzuti |
| Job or Title *(if known)* | Managing Director |
| Street Address | One Exchange Place Suite 201 |
| City and County | Boston, Suffolk County |
| State and Zip Code | MA 02109-2132 |
| Telephone Number | (617) 929-1500 |
| E-mail Address *(if known)* | Linda.pizzuti@globe.com |

Defendant No. 2

| | |
|---|---|
| Name | Jonathan Saltzman |
| Job or Title *(if known)* | Boston Globe Reporter |
| Street Address | One Exchange Place Suite 201 |
| City and County | Boston, Suffolk County |
| State and Zip Code | MA 02109-2132 |
| Telephone Number | (617) 929-1500 |
| E-mail Address *(if known)* | jonathan.saltzman@globe.com |

Defendant No. 3

| | |
|---|---|
| Name | Scott Kirsner |
| Job or Title *(if known)* | Boston Globe Reporter |
| Street Address | One Exchange Place Suite 201 |
| City and County | Boston, Suffolk County |
| State and Zip Code | MA 02109-2132 |
| Telephone Number | (617) 929-1500 |
| E-mail Address *(if known)* | Scott.Kirsner@globe.com |

Defendant No. 4

| | |
|---|---|
| Name | David Luchino |
| Job or Title *(if known)* | CEO |
| Street Address | 8 Washington St |
| City and County | Boston |
| State and Zip Code | MA 02129 |
| Telephone Number | (917) 880-5635 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*    dll@sloan.mit.edu

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* Jonathan Saltzman, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Boston Globe, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Massachusetts.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See attached. Mr. Reynolds has closed over $100,000,000 on wall street, and he's had a personal value exceeding $100,000,000 for about a decade so the impact of false satements on Mr. Reynolds career and personal holdings due to the Boston Globe will exceed $75,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please add Sixth defendant Edward Acworth acworth@artaic.com 24 Rockmaple Ave South Hamilton, MA 01982.     Please see attached paperwork for statement of this complaint. February 2020 Boston Globe adticle extend the statute of limitations back to September 26 2010, which was the first libelous artcle from the Boston Globe to libel Mr Reynolds. On 10/31/2010, the Globe agreed no more artciles until 10/31/2013. The Globe could not reprint the 9/26/2010 libelous article. Boston Globe published false information, then provided the false information to the government and Mr Reynolds criminally charged. None of the Globe false statements were proven in trial. The Boston Globe did not report on positive trial events for Mr. Reynolds. They only focused on nasty stories. The first three days of the trial focused on the FBI Special Agent Keenan who falsified FBI evidence, falsified search warrant and falsified affidavits, falsified indictment and written by more than 7 Federal employees. The First Circuit Court of Appeals case No. 20-1268 may result in FBI and DoJ indictments. The three days also discussed problems with the SEC evidence and Judge Woodlock suppressed the SEC falsified evidence falsified evidence. No Boston Globe articles mention the government corrupt, fraud by Purdue Pharma, fake whistle blowers, zero grand jury witnesses before arrest, seize and search. FBI is not allowed to falsify evidence to arrest Mr reynolds a Public CEO/CFO/CSO because Mr Reynolds invented a non-addictive post-op pain replacement for Purdue Pharma's morphine and Oxy-Contin

Published Libel claim, Serial Media Stalking wIth Libel, publishing known false inventorship statements, publishing known false staements on Mr. Reynolds MIT-Thesis, Publishing known false statements regarding Mr. Reynolds credibility and mental health. The Globe re-published known False statements regarding Mr, Reynolds career in neuroscience including Mr Reynolds years as a clinician and clinical researcher during graduate school, slander to govt employees as many Boston Globe statements were presenting during a crminal trial and proven to be false in the real world, interfering in two public company stock trading that were majority ownded by Francis. M. Reynolds. See attached statement on violations of the US Constitution-Brady, Jencks, and Leon, jury misconduct by the Boston Globe. Mr. Reynolds is a global award winning Neuroscientist. None of these claims are protected by freedom of the press or freedom of speech, as the laws are clear that statements in the press must be the truth. The Globe lies were never heard or reported untilt he Globe. They did not come from the government. Its obvious no one at the Boston Globe executive team ever googled Mr. Reynolds USPTO filed patents, or his MIT copyrighted and published MIT-Thesis. The Boston Globe tried intentionally diminish Mr. Reynolds more than decade of research that went into Mr. Reynolds MIT-Thesis by stating it was only 72-pages. Mr Reynolds MIT Thesis exceeded 700 pages, and Mr Reynolds never submitted a 72-page Thesis to MIT.  See attached document for additional libelous and salnderous Boston Globe actions and their "anonymous" cources for a homework assignment.
Libel and breach of contract claims Reynolds vs. Robert S Langer 1:20-cv-11763-ADB, are not related to this law suit

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Financial damages, cease and disist orders, retraction order, a permanent gag order for any Boston Globe related media company owned today or purchased in the future.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/17/2013

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Francis M Reynolds

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address